FILED
August 31, 2026
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

DAVID THOMAS GILCHRIST

NO. 3:26-MJ-1151-BN

**ORDER**

Having read and considered the government's motion to unseal the complaint in this matter, it is therefore ORDERED that the Complaint and accompanying affidavit filed in this case be UNSEALED.

SO ORDERED.

Dated this 31st day of August, 2026.

THE HONORABLE DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE