IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID THOMAS GILCHRIST (01) | NO. 3:26-MJ-1151-BN |

**NOTICE OF APPEARANCE AS COUNSEL**
**FOR THE UNITED STATES OF AMERICA**

Douglas B. Brasher, Assistant United States Attorney, enters his appearance as counsel for the United States of America in this case. AUSA Brasher is not replacing any other attorneys who remain as counsel for the United States. The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Douglas B. Brasher*

Douglas B. Brasher
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8604
Facsimile: 214-659-8602
douglas.brasher@usdoj.gov