IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

DAVID THOMAS GILCHRIST (01)

NO. 3:26-mj-1151-BN

# MOTION TO DETAIN

The United States moves for pretrial detention of defendant, **David Thomas Gilchrist,** pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

_____ Crime of violence (18 U.S.C. § 3156);

_____ Maximum sentence life imprisonment or death;

_____ 10 + year drug offense;

_____ Felony, with two prior convictions in above categories;

_____ Serious risk defendant will flee;

__X__ Serious risk obstruction of justice;

_____ Felony involving a minor victim;

_____ Felony involving a firearm, destructive device, or any other dangerous weapon; or

_____ Felony involving a failure to register (18 U.S.C. § 2250).

2. Reason for Detention: The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

______ Defendant's appearance as required;

__X__ Safety of any other person and the community

3. Rebuttable Presumption: The United States will invoke the rebuttable presumption against defendant because (check all that apply):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

_____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. Time for Detention Hearing: The United States requests the Court conduct the detention hearing,

__X__ At first appearance

____ After continuance of ____ days (not more than 3).

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Douglas B. Brasher*

ALEXANDER SCHWAB
DOUGLAS BRASHER
Assistant United States Attorneys
California State Bar No. 283421
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8796 / 8604
Facsimile: 214-659-8805
alexander.schwab@usdoj.gov
douglas.brasher@usdoj.gov