**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JUDGE: DAVID L. HORAN | |
| DEPUTY CLERK: Shakira Todd | COURT REPORTER/TAPE NO: Debbie Kriegshauser |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: N/A | COURT TIME: 11:48-11:52 |
| 10:00 A.M. / P.M. | DATE: September 2, 2026 |

☑ MAG. NO. ☐ DIST. CR. NO. 3:26-mj-01151-BN US Magistrate Judge David L. Horan

UNITED STATES OF AMERICA § Alexander Schwab, AUSA
§
v. § ☐
§
§ Cody Cofer (A) ☐
DAVID THOMAS GILCHRIST (1) § COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON ________ CASE NO. ________ ☐ OTHER DISTRICT ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: **09/01/2026** ☐ SURRENDER________
☐ RULE 5/32 ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) ________ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑ PRIVATE COUNSEL APPOINTED Cody Cofer
☐ DEFT HAS RETAINED COUNSEL ________
☐ ARRAIGNMENT SET ☑ DETENTION HEARING SET 9/4/2026 at 10 AM

☐ PRELIMINARY HEARING SET ________ ☐ BOND HEARING SET ________
☐ COUNSEL DETERMINATION HEARING SET ________
☐ IDENTITY/REMOVAL HEARING SET ________
☐ BOND ☐ SET ☐ REDUCED TO $ ________ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☑ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF ☑ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE ☐ ID ☑ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS:________

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 2 2026
CLERK, U.S. DISTRICT COURT
By SMT
Deputy